**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**MICHELLE ANDREA TORRES SANCHEZ**     **CIVIL ACTION 3:26-CV-01414 SEC. P**

**VERSUS**                                **JUDGE JERRY EDWARDS, JR.**

**LISA BOWEN, ET AL**                     **MAGISTRATE JUDGE HORNSBY**

**O R D E R**

On May 1, 2026, a **PETITION FOR WRIT OF HABEAS CORPUS** was filed by

Michelle Andrea Torres Sanchez. (Doc. No. 1) No filing fee or motion for leave to proceed i*n*

*forma pauperis* accompanied this complaint. The filing fee for a new civil action is $5.00. Mover

was notified of this deficiency on May 5, 2026, but has failed to pay the filing fee or submit a

completed motion for leave to proceed *in forma pauperis.*

Accordingly,

**IT IS ORDERED** that the **PETITION FOR WRIT OF HABEAS CORPUS** (Doc. No.

1) filed by Michelle Andrea Torres Sanchez on May 1, 2026, be and is hereby stricken from the

record and this case **CLOSED**.

Alexandria, Louisiana, this 26th day of May 2026.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**